ACCEPTED
04-15-00041-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
3/6/2015 2:41:57 PM
KEITH HOTTLE
CLERK

# Fourth Court of Appeals

## San Antonio, Texas

No. 04-15-00041-CV

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
3/6/2015 2:41:57 PM
KEITH E. HOTTLE
Clerk

**TEMPLETON MORTGAGE CORPORATION**,
Appellant

v.

Michael **MIDDLETON**,
Appellee

From the 216th Judicial District Court, Kendall County, Texas
Trial Court No. 10-422-A
Honorable N. Keith Williams, Judge Presiding

---

### RESPONSE TO ORDER

---

TO THE HONORABLE FOURTH COURT OF APPEALS:

TEMPLETON MORTGAGE CORPORATION, Appellant responds to this Court's Order to file a response presenting a reasonable explanation regarding timeliness of its Notice of Appeal.

1. On October 15, 2014, the trial court in this matter signed a final judgment in Cause Number 10-422A Middleton v. Templeton Mortgage Corporation, et al.

2. On November 13, 2014 Appellant timely filed in the trial court with the Kendall County District Clerk a Motion for New Trial. Such filing was done in accordance with TRCP 5, such being commonly referred to as the Mail Box Rule. Appellant's Motion for New Trial should have been filed by November 14, 2014 to be timely. On November 13, 2014 Appellant deposited in the United States Mail its Motion for New Trial. See attached Exhibit "A", such being the supporting documents regarding the Motion for New Trial having been timely mailed to the Kendall County District Clerk.

3.   The Motion for New Trial was sent by first class U.S. Mail, with the correct postage, to the proper address for the Kendall County District Clerk, bearing the USPS postmark of November 13, 2014 and was received by the Kendall County District Clerk within ten days of mailing. As such, in accordance with TRCP 5, Mail Box Rule, Appellant's Motion for New Trial was timely filed on November 13, 2014.

4.   With Appellant's Motion for New Trial having been timely filed, Appellant's Notice of Appeal was due on or before January 13, 2015. Appellant timely filed in the trial court with the Kendall County District Clerk a Notice of Appeal on January 12, 2015, such filing was done in accordance with the TRCP 5, Mail Box Rule.

5.   Appellant's Notice of Appeal should have been filed by January 13, 2015 to be timely. On January 12, 2015 Appellant deposited in the United States Mail its Notice of Appeal, such notice was sent U.S. Certified Mail. See attached Exhibit B, such being the supporting documents for the Notice of Appeal having been timely mailed to the Kendall County District Clerk. The Notice of Appeal was sent by certified first class U.S. Mail, with the correct postage, to the proper address for the Kendall County District Clerk, bearing a USPS postmark of January 12, 2015 and was received by the Kendall County District Clerk within ten days of mailing. As such, in accordance to the TRCP 5, Mail Box Rule, Appellant's Motion for New Trial was timely filed on January 12, 2015.

6.   Again on January 13, 2015 Appellant deposited in the United States Mail its Notice of Appeal, such notice was sent regular first class U.S. Mail. See attached Exhibit C, such being the supporting documents for the Notice of Appeal having been timely mailed to the Kendall County District Clerk. The Notice of Appeal was sent by first class U.S. Mail, with the correct postage, to the proper address for the Kendall County District Clerk, bearing a USPS postmark of January 13, 2015 and was received by the Kendall County District Clerk within ten days of mailing. As

such, in accordance to the TRCP 5, Mail Box Rule, Appellant's Notice of Appeal was again timely filed on January 13, 2015.

FOR THE FOREGOING REASONS, Appellant respectfully prays that this court find Appellant's Motion for New Trial and Notice of Appeal were timely filed; therefore, a motion for extension of time was not necessary.

Respectfully Submitted,

THE LAW OFFICE OF KEITH C. THOMPSON, P.C.
11003 Quaker Avenue
Lubbock, Texas 79424
(806) 783-8322 (Telephone)
(806) 783-8357 (Telecopier)
kctlaw@yahoo.com
SBN: 24013631

/s/    Keith C. Thompson
Keith C. Thompson
Attorney for Templeton

*ATTORNEY FOR APPELLANT*

## CERTIFICATE OF SERVICE

I, Keith C. Thompson state on March 6, 2015 I served the above RESPONSE TO ORDER on all Attorneys of Record via eFile.gov.

/s/    Keith C. Thompson
Keith C. Thompson

Exhibit A





United States Postage
PITNEY BOWES
$ 001.40
03 1R
0001813797 NOV 13 2014
MAILED FROM ZIP CODE 79424

Law Office of Keith C. Thompson, P.C.
11003 Quaker Avenue
Lubbock, TX 79424

Ms Kay Pugh
**KENDALL COUNTY DISTRICT CLERK**
**201 E. San Antonio St., Ste. 201**
**Boerne, TX   78006**



EXHIBIT
A

LAW OFFICE OF KEITH C. THOMPSON, P.C.
P.O. Box 53959
LUBBOCK, TX 79453

PHYSICAL ADDRESS
11003 QUAKER AVENUE
LUBBOCK, TX 79424

TELEPHONE (806) 783-8322
FAX (806) 783-8357
EMAIL: JO.BRAZELL@ATT.NET

November 13, 2014

Ms. Kay Pugh
KENDALL COUNTY DISTRICT CLERK
201 E. San Antonio St., Ste. 201
Boerne, TX 78006

RE:     Cause No. 10-422-A, severed from Cause No. 10-422; Middleton v. Templeton, et al.

Dear Ms. Pugh:

Enclosed is an original and two copies of a Motion for a New Trial; and two copies of the Agreed Order Setting Hearing in the above-referenced cause. Additionally enclosed is a postage paid self-addressed envelope for your convenience in returning the file marked copies of the motion and order to us.

Thank you for your consideration

Sincerely,

LAW OFFICE OF KEITH C. THOMPSON, P C.

By: _____
Jo C. Brazell

EXHIBIT
A

| MICHAEL MIDDLETON | § | IN THE 216TH DISTRICT COURT |
| | § | |
| V. | § | OF |
| | § | |
| TEMPLTON MORTGAGE CORPORATION | § | |
| JERRY W. CORBIN, TRUSTEE, B.D. ADKINS, | § | |
| TRUSTEE, PATTY CORBIN, TRUSTEE, AND | § | |
| ENOS HAMPTON, INDEPENDENT EXECUTOR | § | |
| OF THE ESTATE OF BETTY G. ROBINSON | § | KENDALL COUNTY, TEXAS |

## DEFENDANT TEMPLETON MORTGAGE CORPORATION'S MOTION FOR A NEW TRIAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, DEFENDANT TEMPLETON MORTGAGE CORPORATION, ("TEMPLETON") in the above styled action and files this Motion for New Trial and would aver as follows:

### INTRODUCTION

1.  Intervenor, Gary M. Poenisch ("INTERVENOR") filed claims against TEMPLETON in the above-entitled and numbered cause.

2.  TEMPLETON'S response was struck based on this Court's Order dated August 18, 2014.

### BACKGROUND

3.  The Court signed a default judgment for INTERVENOR on October 15, 2014. In the same cause the Court also signed a Default Judgment for Plaintiff Michael Middleton.

### ARGUMENT & AUTHORITIES

4.  If a court signs a default judgment against a defendant who was not given proper notice of the trial or dispositive hearing, the defendant is deprived of due process. *See LBL Oil Co. v. Int'l Power Servs. Inc.*, 777 S.W.2d 390, 390-91 (Tex. 1989).

**EXHIBIT A**

5.    INTERVENOR certified the Order Setting Hearing was sent to TEMPLETON on the 9th day of October, 2014; however, the Order Setting Hearing was not signed until the 10th day of October 2014 thus making mailing on the 9th day of October 2014.

6.    INTERVENOR provides documents to buttress service of other documents; however, there is no record indicting the Order Setting Hearing was ever sent to TEMPLETON.

CONCLUSION

TEMPLETON asks the Court to grant a new trial in the interest of justice because TEMPLETON was not afforded notification of the hearing.

Respectfully submitted,

THE LAW OFFICE OF KEITH C. THOMPSON, P.C.
11003 Quaker Avenue
Lubbock, Texas 79424
(806) 783-8322 (Telephone)
(806) 783-8357 (Telecopier)
kctlaw@yahoo.com
SBN: 24013631

_____
Keith C. Thompson
Attorney for Templeton

CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of November 2014, a true and correct copy of the foregoing document was forwarded via fax to:

Steven B. Treu                          Albert D. "Pat" Pattillo, III
210-735-6889                            830-896-8489

Jerry W. Corbin                         Kenneth E. Grubbs
806-748-6765                            210-599-4587

_____
Keith C. Thompson

EXHIBIT
A

| | | |
|---|---|---|
| MICHAEL MIDDLETON | § | IN THE 216TH DISTRICT COURT |
| | § | |
| V. | § | OF |
| | § | |
| TEMPLTON MORTGAGE CORPORATION | § | |
| JERRY W. CORBIN, TRUSTEE, B.D. ADKINS, | § | |
| TRUSTEE, PATTY CORBIN, TRUSTEE, AND | § | |
| ENOS HAMPTON, INDEPENDENT EXECUTOR | § | |
| OF THE ESTATE OF BETTY G. ROBINSON | § | KENDALL COUNTY, TEXAS |

## DEFENDANT TEMPLETON MORTGAGE CORPORATION'S MOTION FOR A NEW TRIAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, DEFENDANT TEMPLETON MORTGAGE CORPORATION, ("TEMPLETON") in the above styled action and files this Motion for New Trial and would aver as follows:

### INTRODUCTION

1.      Intervenor, Gary M. Poenisch ("INTERVENOR") filed claims against TEMPLETON in the above-entitled and numbered cause.

2.      TEMPLETON'S response was struck based on this Court's Order dated August 18, 2014.

### BACKGROUND

3.      The Court signed a default judgment for INTERVENOR on October 15, 2014. In the same cause the Court also signed a Default Judgment for Plaintiff Michael Middleton.

### ARGUMENT & AUTHORITIES

4.      If a court signs a default judgment against a defendant who was not given proper notice of the trial or dispositive hearing, the defendant is deprived of due process. *See LBL Oil Co. v. Int'l Power Servs. Inc.*, 777 S.W.2d 390, 390-91 (Tex. 1989).

**EXHIBIT**

**A**

5.      INTERVENOR certified the Order Setting Hearing was sent to TEMPLETON on the 9th day of October, 2014; however, the Order Setting Hearing was not signed until the 10th day of October 2014 thus making mailing on the 9th day of October 2014.

6.      INTERVENOR provides documents to buttress service of other documents; however, there is no record indicting the Order Setting Hearing was ever sent to TEMPLETON.

### CONCLUSION

TEMPLETON asks the Court to grant a new trial in the interest of justice because TEMPLETON was not afforded notification of the hearing.

Respectfully submitted,

THE LAW OFFICE OF KEITH C. THOMPSON, P.C.
11003 Quaker Avenue
Lubbock, Texas 79424
(806) 783-8322 (Telephone)
(806) 783-8357 (Telecopier)
kctlaw@yahoo.com
SBN: 24013631

Keith C. Thompson
Attorney for Templeton

### CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of November 2014, a true and correct copy of the foregoing document was forwarded via fax to:

Steven B. Treu                          Albert D. "Pat" Pattillo, III
210-735-6889                           830-896-8489

Jerry W. Corbin                         Kenneth E. Grubbs
806-748-6765                           210-599-4587

Keith C. Thompson

EXHIBIT
A

Exhibit B



**LAW OFFICE OF KEITH C. THOMPSON, P.C.**
P.O. BOX 53959
LUBBOCK, TX 79453

PHYSICAL ADDRESS
11003 QUAKER AVENUE
LUBBOCK, TX 79424

TELEPHONE (806) 783-8322
FAX (806) 783-8357
EMAIL: JO.BRAZELL@ATT.NET

January 12, 2015

Ms. Kay Pugh
KENDALL COUNTY DISTRICT CLERK
201 E. San Antonio St., Ste. 201
Boerne, TX 78006

RE:     Cause No. 10-422A; Middleton v. Templeton, et al.

Dear Ms. Pugh:

Enclosed is an original and two copies of a Notice of Appeal in the above-referenced cause. Additionally enclosed is a postage paid self-addressed envelope for your convenience in returning the file marked copies of the motion and order to us.

Thank you for your consideration

Sincerely,

LAW OFFICE OF KEITH C. THOMPSON, P C.

By: _____
Jo C. Brazell

EXHIBIT

B

**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

7014 0150 0001 2179 9995

| | |
|---|---|
| Postage | $ 1.40 |
| Certified Fee | 3.30 |
| Return Receipt Fee (Endorsement Required) | 2.70 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 7.40 |

Postmark Here

Sent To
Ms. Kay Pugh
KENDALL COUNTY DISTRICT CLERK
Street, Apt. or PO Box
201 E. SAN ANTONIO ST., STE. 201
City, State,
BOERNE, TX 78006

PS Form 3800, August 2006    See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ms. Kay Pugh
KENDALL COUNTY DISTRICT CLERK
201 E. SAN ANTONIO ST., STE. 201
BOERNE, TX 78006

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
1-15-15

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☑ Certified Mail®   ☐ Priority Mail Express™
☐ Registered   ☑ Return Receipt for Merchandise
☐ Insured Mail   ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)
7014 0150 0001 2179 9995

PS Form 3811, July 2013    Domestic Return Receipt    Templeton McAfee

EXHIBIT
B



# USPS Tracking™

Tracking Number: **70140150000121799995**

Updated Delivery Day: **Friday, January 16, 2015**

## Product & Tracking Information

**Postal Product:**               **Features:**
                                  Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| January 15, 2015 , 11:43 am | Delivered | BOERNE, TX 78006 |

Your item was delivered at 11:43 am on January 15, 2015 in BOERNE, TX 78006.

| | | |
|---|---|---|
| January 15, 2015 , 10:27 am | Out for Delivery | BOERNE, TX 78006 |
| January 15, 2015 , 10:17 am | Sorting Complete | BOERNE, TX 78006 |
| January 15, 2015 , 9:08 am | Arrived at Unit | BOERNE, TX 78006 |
| January 15, 2015 , 3:54 am | Departed USPS Facility | SAN ANTONIO, TX 78284 |
| January 14, 2015 , 11:44 am | Arrived at USPS Facility | SAN ANTONIO, TX 78284 |
| January 12, 2015 , 9:11 pm | Arrived at USPS Facility | LUBBOCK, TX 79402 |

## Track Another Package

**EXHIBIT B**

**Tracking (or receipt) number**

Track It

**HELPFUL LINKS**

Contact Us

Site Index

FAQs

**ON ABOUT.USPS.COM**

About USPS Home

Newsroom

USPS Service Updates

Forms & Publications

Government Services

Careers

**OTHER USPS SITES**

Business Customer Gateway

Postal Inspectors

Inspector General

Postal Explorer

National Postal Museum

Resources for Developers

**LEGAL INFORMATION**

Privacy Policy

Terms of Use

FOIA

No FEAR Act EEO Data

Copyright © 2015 USPS. All Rights Reserved.

Search or Enter a Tracking Number


EXHIBIT B

CAUSE NO. 10-422-A

| | | |
|---|---|---|
| MICHAEL MIDDLETON | § | IN THE 216TH DISTRICT COURT |
| | § | |
| V. | § | OF |
| | § | |
| TEMPLTON MORTGAGE CORPORATION | § | |
| JERRY W. CORBIN, TRUSTEE, B.D. ADKINS, | § | |
| TRUSTEE, PATTY CORBIN, TRUSTEE, AND | § | |
| ENOS HAMPTON, INDEPENDENT EXECUTOR | § | |
| OF THE ESTATE OF BETTY G. ROBINSON | § | KENDALL COUNTY, TEXAS |

## NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, DEFENDANT TEMPLETON MORTGAGE CORPORATION, ("TEMPLETON") in the above styled action and files this NOTICE OF APPEAL and would aver as follows:

### INTRODUCTION

1. Intervenor, Gary M. Poenisch ("POENISCH") filed claims against TEMPLETON in the above-entitled and numbered cause.

2. TEMPLETON'S response was struck based on this Court's Order dated August 18, 2014.

### BACKGROUND

3. The Court signed a default judgment for INTERVENOR on October 15, 2014. In the same cause the Court also signed a Default Judgment for Plaintiff, Michael Middleton ("MIDDLETON").

4. TEMPLETON filed a Motion for a New Trial in both causes on November 13, 2014.

### REQUEST

5. DEFENDANTS desire to appeal the adverse Order and the Judgment in this cause.

6. This appeal is to be taken up to the Fourth Court of Appeals in San Antonio, Texas

EXHIBIT
B

CONCLUSION

WHEREFORE, premises considered DEFENDANTS pray the District Clerk of Kendall

County file this Notice of Appeal and DEFENDANTS be granted all relief to which they are entitled,

both at law and in equity.

Respectfully submitted,

THE LAW OFFICE OF KEITH C. THOMPSON, P.C.
11003 Quaker Avenue
Lubbock, Texas 79424
(806) 783-8322 (Telephone)
(806) 783-8357 (Telecopier)
kctlaw@yahoo.com
SBN: 24013631

Keith C. Thompson
Attorney for Templeton

**CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of January 2015, a true and correct copy of the foregoing document was forwarded via fax to:

Steven B. Treu
210-735-6889

Albert D. "Pat" Pattillo, III
830-896-8489

Jerry W. Corbin
806-748-6765

Kenneth E. Grubbs
210-599-4587

Keith C. Thompson

EXHIBIT

B

MICHAEL MIDDLETON

V.

TEMPLTON MORTGAGE CORPORATION
JERRY W. CORBIN, TRUSTEE, B.D. ADKINS,
TRUSTEE, PATTY CORBIN, TRUSTEE, AND
ENOS HAMPTON, INDEPENDENT EXECUTOR
OF THE ESTATE OF BETTY G. ROBINSON

§
§
§
§
§
§
§
§
§
§

IN THE 216TH DISTRICT COURT

OF

KENDALL COUNTY, TEXAS

**FILED**
15 JAN 16 AM 7:39
SUSAN JACKSON
DIST CLERK
KENDALL COUNTY, TEXAS
BY: /s/ _____
DEPUTY

## NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, DEFENDANT TEMPLETON MORTGAGE CORPORATION, ("TEMPLETON") in the above styled action and files this NOTICE OF APPEAL and would aver as follows:

### INTRODUCTION

1.  Intervenor, Gary M. Poenisch ("POENISCH") filed claims against TEMPLETON in the above-entitled and numbered cause.

2.  TEMPLETON'S response was struck based on this Court's Order dated August 18, 2014.

### BACKGROUND

3.  The Court signed a default judgment for INTERVENOR on October 15, 2014. In the same cause the Court also signed a Default Judgment for Plaintiff, Michael Middleton ("MIDDLETON").

4.  TEMPLETON filed a Motion for a New Trial in both causes on November 13, 2014.

### REQUEST

5.  DEFENDANTS desire to appeal the adverse Order and the Judgment in this cause.

6.  This appeal is to be taken up to the Fourth Court of Appeals in San Antonio, Texas.

**EXHIBIT**
**B**

CONCLUSION

WHEREFORE, premises considered DEFENDANTS pray the District Clerk of Kendall County file this Notice of Appeal and DEFENDANTS be granted all relief to which they are entitled, both at law and in equity.

Respectfully submitted,

THE LAW OFFICE OF KEITH C. THOMPSON, P.C.
11003 Quaker Avenue
Lubbock, Texas 79424
(806) 783-8322 (Telephone)
(806) 783-8357 (Telecopier)
kctlaw@yahoo.com
SBN: 24013631

Keith C. Thompson
Attorney for Templeton

CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of January 2015, a true and correct copy of the foregoing document was forwarded via fax to:

Steven B. Treu
210-735-6889

Albert D. "Pat" Pattillo, III
830-896-8489

Jerry W. Corbin
806-748-6765

Kenneth E. Grubbs
210-599-4587

Keith C. Thompson

**EXHIBIT**

**B**

Exhibit C

EXHIBIT

C



# LAW OFFICE OF KEITH C. THOMPSON, P.C.
### P.O. BOX 53959
### LUBBOCK, TX 79453

PHYSICAL ADDRESS
11003 QUAKER AVENUE
LUBBOCK, TX 79424

TELEPHONE (806) 783-8322
FAX (806) 783-8357
EMAIL: JO.BRAZELL@ATT.NET

January 12, 2015

Ms. Kay Pugh
KENDALL COUNTY DISTRICT CLERK
201 E. San Antonio St., Ste. 201
Boerne, TX 78006

RE:     Cause No. 10-422A; Middleton v. Templeton, et al.

Dear Ms. Pugh:

Enclosed is an original and two copies of a Notice of Appeal in the above-referenced cause. Additionally enclosed is a postage paid self-addressed envelope for your convenience in returning the file marked copies of the motion and order to us.

Thank you for your consideration

Sincerely,

LAW OFFICE OF KEITH C. THOMPSON, P C.

By: _____
Jo C. Brazell

EXHIBIT
C

Law Office of Keith C. Thompson, P.C.
11003 Quaker Avenue
Lubbock, TX 79424

Ms. Kay Pugh
KENDALL COUNTY DISTRICT CLERK
201 E. San Antonio St., Ste. 201
Boerne, TX 78006



UNITED STATES POSTAGE
PITNEY BOWES
02 1P $ 000.48⁰
0001913797. JAN 13 2015
MAILED FROM ZIP CODE 79424



EXHIBIT
C

| MICHAEL MIDDLETON | § | IN THE 216TH DISTRICT COURT |
|---|---|---|
| | § | |
| V. | § | OF |
| | § | |
| TEMPLTON MORTGAGE CORPORATION | § | |
| JERRY W. CORBIN, TRUSTEE, B.D. ADKINS, | § | |
| TRUSTEE, PATTY CORBIN, TRUSTEE, AND | § | |
| ENOS HAMPTON, INDEPENDENT EXECUTOR | § | |
| OF THE ESTATE OF BETTY G. ROBINSON | § | KENDALL COUNTY, TEXAS |

## NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, DEFENDANT TEMPLETON MORTGAGE CORPORATION, ("TEMPLETON") in the above styled action and files this NOTICE OF APPEAL and would aver as follows:

### INTRODUCTION

1. Intervenor, Gary M. Poenisch ("POENISCH") filed claims against TEMPLETON in the above-entitled and numbered cause.

2. TEMPLETON'S response was struck based on this Court's Order dated August 18, 2014.

### BACKGROUND

3. The Court signed a default judgment for INTERVENOR on October 15, 2014. In the same cause the Court also signed a Default Judgment for Plaintiff, Michael Middleton ("MIDDLETON").

4. TEMPLETON filed a Motion for a New Trial in both causes on November 13, 2014.

### REQUEST

5. DEFENDANTS desire to appeal the adverse Order and the Judgment in this cause.

6. This appeal is to be taken up to the Fourth Court of Appeals in San Antonio, Texas.


EXHIBIT
C

---

CONCLUSION

WHEREFORE, premises considered DEFENDANTS pray the District Clerk of Kendall County file this Notice of Appeal and DEFENDANTS be granted all relief to which they are entitled, both at law and in equity.

Respectfully submitted,

THE LAW OFFICE OF KEITH C. THOMPSON, P.C.
11003 Quaker Avenue
Lubbock, Texas 79424
(806) 783-8322 (Telephone)
(806) 783-8357 (Telecopier)
kctlaw@yahoo.com
SBN: 24013631

Keith C. Thompson
Attorney for Templeton

CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of January 2015, a true and correct copy of the foregoing document was forwarded via fax to:

Steven B. Treu
210-735-6889

Albert D. "Pat" Pattillo, III
830-896-8489

Jerry W. Corbin
806-748-6765

Kenneth E. Grubbs
210-599-4587

Keith C. Thompson

EXHIBIT
C

| | | |
|---|---|---|
| MICHAEL MIDDLETON | § | IN THE 216TH DISTRICT COURT |
| | § | |
| V. | § | OF |
| | § | |
| TEMPLTON MORTGAGE CORPORATION | § | |
| JERRY W. CORBIN, TRUSTEE, B.D. ADKINS, | § | |
| TRUSTEE, PATTY CORBIN, TRUSTEE, AND | § | |
| ENOS HAMPTON, INDEPENDENT EXECUTOR | § | |
| OF THE ESTATE OF BETTY G. ROBINSON | § | KENDALL COUNTY, TEXAS |

## NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, DEFENDANT TEMPLETON MORTGAGE CORPORATION, ("TEMPLETON") in the above styled action and files this NOTICE OF APPEAL and would aver as follows:

### INTRODUCTION

1. Intervenor, Gary M. Poenisch ("POENISCH") filed claims against TEMPLETON in the above-entitled and numbered cause.

2. TEMPLETON'S response was struck based on this Court's Order dated August 18, 2014.

### BACKGROUND

3. The Court signed a default judgment for INTERVENOR on October 15, 2014. In the same cause the Court also signed a Default Judgment for Plaintiff, Michael Middleton ("MIDDLETON").

4. TEMPLETON filed a Motion for a New Trial in both causes on November 13, 2014.

### REQUEST

5. DEFENDANTS desire to appeal the adverse Order and the Judgment in this cause.

6. This appeal is to be taken up to the Fourth Court of Appeals in San Antonio, Texas.

**EXHIBIT C**

CONCLUSION

WHEREFORE, premises considered DEFENDANTS pray the District Clerk of Kendall County file this Notice of Appeal and DEFENDANTS be granted all relief to which they are entitled, both at law and in equity.

Respectfully submitted,

THE LAW OFFICE OF KEITH C. THOMPSON, P.C.
11003 Quaker Avenue
Lubbock, Texas 79424
(806) 783-8322 (Telephone)
(806) 783-8357 (Telecopier)
kctlaw@yahoo.com
SBN: 24013631

Keith C. Thompson
Attorney for Templeton

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of January 2015, a true and correct copy of the foregoing document was forwarded via fax to:

Steven B. Treu
210-735-6889

Albert D. "Pat" Pattillo, III
830-896-8489

Jerry W. Corbin
806-748-6765

Kenneth E. Grubbs
210-599-4587

Keith C. Thompson

**EXHIBIT C**